| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | TRINETTE G. KENT (State Bar No. 222020)<br>KENT LAW OFFICES<br>3219 E. Camelback Rd<br>Phoenix, AZ 85015<br>Telephone: (480) 247-9644<br>Facsimile: (480) 717-4781<br>E-mail: tkent@kentlawpc.com<br>*Attorneys for Plaintiff,*<br>*Joyce Malone* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Joyce Malone,<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 18-cv-05975-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

　　　The Court, having read and considered Plaintiff's Motion for Telephonic Appearance at Initial Case Management Conference, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion.  Ms. Kent may appear telephonically at the January 15, 2019 Initial Case Management Conference at 2:00

1

pm.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: December 18, 2018

_____
Honorable Haywood S. Gilliam, Jr