[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Malone | Case No: 4:18-cv-05975 HSG |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | (CIVIL LOCAL RULE 11-3) |
| Equifax Information Services, et al. | |
| Defendant(s). | |

I, Justin T. Walton, an active member in good standing of the bar of Indiana Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Trans Union, LLC in the above-entitled action. My local co-counsel in this case is David Streza, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077 | Vogl Meredith Burke, LLP, 456 Montgomery Street, 20th Floor, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (317) 363-2400 | (415) 398-0200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jwalton@schuckitlaw.com | dstreza@vmbllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29540-49.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/18/18          Justin T. Walton
                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Justin T. Walton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/19/2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                             October 2012

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

JUSTIN TYLER WALTON

is a member of the bar of said Court since admission on  October 15, 2010, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 2nd day of August, 2018.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA