Heather M. Shumaker, Esq. (IN #28340-49)
  (admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOYCE MALONE,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANS UNION, LLC, a Delaware limited liability company; FIRST PREMIER BANK, a foreign corporation; RELIANT FINANCIAL CORPORATION, a California corporation; and PACIFIC CREDIT EXCHANGE, a California corporation;<br>　　　　Defendants. | CASE NO. 4:18-cv-05975-HSG<br><br>**ORDER GRANTING TRANS UNION, LLC'S UNOPPOSED MOTION REQUESTING THAT THE COURT ALLOW ALL PARTIES TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**Date: January 15, 2019<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor** |

This cause is before the Court on Trans Union, LLC's (Trans Union") Unopposed Motion

Requesting That The Court Allow All Parties To Participate In The Initial Case Management

**ORDER GRANTING TRANS UNION, LLC'S UNOPPOSED MOTION REQUESTING THAT THE COURT ALLOW ALL PARTIES TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE– 4:18-CV-05975-HSG**

| | |
|---|---|
| 1 | Conference By Telephone (the "Motion"). The Court, being duly advised, finds cause to allow |
| 2 | such participation and hereby GRANTS said Motion. |
| 3 | IT IS HEREBY ORDERED that the all Parties are allowed to participate in the Case |
| 4 | Management Conference scheduled for January 15, 2019 at 2:00 p.m. (PST), via CourtCall. |
| 5 | Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic |
| 6 | appearance. |

IT IS HEREBY ORDERED that the all Parties are allowed to participate in the Case Management Conference scheduled for January 15, 2019 at 2:00 p.m. (PST), via CourtCall. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED this 4th day of January, 2019.

_____
Judge, U.S. District Court Northern District of California

**ORDER GRANTING TRANS UNION, LLC'S UNOPPOSED MOTION REQUESTING THAT THE COURT ALLOW ALL PARTIES TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE– 4:18-CV-05975-HSG**