UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MALONE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-05975-HSG<br><br>**ORDER GRANTING STIPULATION TO ENGAGE IN BINDING ARBITRATION**<br><br>Re: Dkt. No. 19 |

The stipulation between Plaintiff Joyce Malone and Defendant First Premier Bank is approved. *See* Dkt. No. 19. All of the causes of action and claims of Plaintiff Joyce Malone against Defendant First Premier Bank are ordered to binding arbitration. The matter is stayed as to First Premier Bank pending the outcome of the arbitration proceeding.

**IT IS SO ORDERED.**

Dated: 1/16/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge