UNITED STATES DISTRICT COURT

NORTHERN THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Malone,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC et al.,<br><br>　　　　　　Defendants. | Case 4:18-cv-05975-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

The Court, having considered the parties' Stipulation of Dismissal of Equifax Information Services, LLC, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Equifax Information Services, LLC., only, with each party to bear its own attorneys' fees and costs.

Date: __2/13/2019__　　　　　　　　　　　*Haywood S. Gill, Jr.*
　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

1