# UNITED STATES DISTRICT COURT
# NORTHERN THE DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| Joyce Malone, | Case 4:18-cv-05975-HSG |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT RELIANT FINANCIAL CORPORATION, ONLY |
| vs. | |
| Equifax Information Services, LLC et al., | |
| Defendants. | |

The Court, having considered the parties Stipulation of Dismissal of Reliant Financial Corporation, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Reliant Financial Corporation, ONLY, with each party to bear its own attorneys' fees and costs.

Dated: 3/22/2019

*Haywood S. Gill Jr.*
Judge of the United States District Court