1  Heather M. Shumaker, Esq.  (IN #28340-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  hshumaker@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  David Streza, Esq. (CSB #209353)
   Vogl Meredith Burke LLP
8  456 Montgomery Street, 20th Floor
   San Francisco, CA  94104
9  Telephone:  415-398-0200
   Fax:  415-398-2820
10 E-Mail:  dstreza@vmbllp.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOYCE MALONE,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANS UNION, LLC, a Delaware limited liability company; FIRST PREMIER BANK, a foreign corporation; RELIANT FINANCIAL CORPORATION, a California corporation; and PACIFIC CREDIT EXCHANGE, a California corporation;<br>　　　　　Defendants. | CASE NO. 4:18-cv-05975-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

　　　　Plaintiff Joyce Malone ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 4:18-CV-05975-HSG**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Date: April 11, 2019 | /s/ Trinette G. Kent (with consent) |
| 3 | | Trinette G. Kent, Esq. |
| 4 | | Lemberg Law, LLC |
| | | 3219 E Camelback Road #588 |
| 5 | | Phoeniz, AZ 85018 |
| 6 | | Telephone: (480) 247-9644 |
| | | Fax: (480) 717-4781 |
| 7 | | E-Mail: tkent@lemberglaw.com |
| 8 | | *Counsel for Joyce Malone* |

Date: April 11, 2019     /s/ Heather M. Shumaker

Heather M. Shumaker Esq. (IN #28340-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

---

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 4:18-CV-05975-HSG**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Joyce Malone and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 4/11/2019

*signature: Haywood S. Gilliam Jr.*

JUDGE, United States District Court, Northern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 4:18-CV-05975-HSG**

Page 3 of 3